IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

EDDIE D. HOLLINS, )
 )
      Plaintiff, )
 )
vs. ) No. CIV-14-252-W
 )
ARMOR CORRECTIONAL HEALTH )
SERVICES et al., )
 )
      Defendants. )

FILED
JUN - 9 2014
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

## ORDER

On May 14, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter and recommended that the action be dismissed without prejudice for failure to prosecute. Plaintiff Eddie D. Hollins was advised of his right to object, see Doc. 10 at 3, but no objections to the Report and Recommendation have been filed within the allotted time.

Upon review of the record and in the absence of any objection, the Court concurs with Magistrate Judge Purcell's suggested disposition of this matter. Hollins' failure to comply with Magistrate Judge Purcell's directives regarding service as well as his failure to comply with Rule 5.4(a), Rules of the United States District Court for the Western District of Oklahoma,[1] warrants dismissal of this litigation.

---

[1] The Clerk of the Court mailed Magistrate Judge Purcell's Orders and his Report and Recommendation to the address listed by Hollins in his complaint. See Rule 5.4(a), Rules of the United States District Court for the Western District of Oklahoma (papers sent to last known address deemed delivered). The record indicates that these documents were returned to the Clerk by the United States Postal Service with the following notations on the envelopes: "Gone" and/or "Return to Sender." See Docs. 6 at 3, 7 at 1, 9 at 1, 11 at 1. Rule 5.4(a), supra, requires pro se litigants to provide the Court with a mailing address and to file with the Clerk notice of any change of address.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 10] issued on May 14, 2014; and

(2) DISMISSES this matter without prejudice.

ENTERED this 9th day of June, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE